TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00487-CV

Derick Leblanc, Appellant

v.

State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT

NO. 98-07051, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

PER CURIAM

 Derick Leblanc has filed a motion to dismiss this appeal. Ten days have passed
without any objection that this dismissal will prevent any other party from seeking relief. We
grant the motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(2). Accordingly,
appellant's motion for extension of time to file brief is also dismissed.

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: December 29, 1998

Do Not Publish